AO 91 (Rev. 08/09) Criminal Complaint    THEODORE M. COOPERSTEIN

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No.  15-8311-DLB |
| STARLING WILLIS | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2009 - October 4, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641. | Theft of Public Money |
| 18 U.S.C. § 1028A(a)(1). | Aggravated Idenity Theft |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Andrew Schmit, IRS/CID
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   09/10/2015

_____
*Judge's signature*

City and state:   West Palm Beach, Florida    DAVE LEE BRANNON  U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT
# OF
# SPECIAL AGENT
# Andrew Schmit

### Internal Revenue Service, Criminal Investigation Division

Your affiant, Andrew Schmit, first being duly sworn, does hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent employed by Internal Revenue Service, Criminal Investigation Division (IRS CID). I have been employed by IRS CID as a Special Agent for over 20 years. In that time, I have conducted numerous and complex financial investigations involving the violation of various sections of Title 18, Title 26 and Title 31 of the United States Code. These violations have included criminal tax fraud, money laundering and conspiracy to defraud the United States. These investigations have included the utilization of surveillance techniques, undercover activities, analyzing documents, the interviewing of subjects and witnesses, and the planning and execution of search, arrest and seizure warrants. I have also attended numerous courses relating to the investigation of alleged violations of the Internal Revenue Code and other crimes, including training at the Federal Law Enforcement Training Center in Glynco, Georgia. In addition to my training and work experience, I hold a Bachelor of Science degree in finance and a Master of Business Administration degree.

2. The information in this affidavit is based upon my personal participation in this investigation, information provided to me by other IRS CID Special Agents and agents and/or officers from other law enforcement and federal agencies as well as the review of

financial documents more fully described below. The volume of information is vast and as a result, not all the information known to me is included in this affidavit.

3. The purpose of this affidavit is to establish that there is probable cause to believe that STARLING WILLIS (WILLIS) did knowingly accept stolen identity federal income tax refunds into bank accounts she controlled, in violation of 18 U.S.C. §§ 641 and 1028A(a)(1).

## BACKGROUND

4. On June 12, 2013, I assisted in a federal search warrant at the residence of Latonia Verdell, located in Greenacres, FL. Located in the search warrant were numerous documents related to identity theft including tax returns, driver's licenses, Social Security cards, bank statements, debit cards and logbooks containing names, dates of birth and Social Security numbers.

   a. Among the over 800 names located in the residence of Verdell was identity information belonging to the following: Kimberly B., Jellissa B., Larry B., Trevon B., Daquan B., Leon C., Rena F., Nick F., Javarris J., Wenzel J., Robert J., Shantrill L., Dominic L., Michael M., Larreisha M., Roneshia M., Amelia M., Leonard P., Shavon P., Anita P., John R., Dexter S., Roger S., Ernest T., Samuel T., Ivanhoe W. and Latasha W.

   b. Also located in Verdell's residence was a piece of paper containing handwritten bank account information. This paper listed bank routing information and account numbers including Wells Fargo account 1406839322, SunTrust account number 1000109947266, Publix Credit Union account number 27494500, Chase

2

Bank account number 428479450 and Regions Bank account number 159937920. As discussed later in the affidavit, these accounts all belong to WILLIS.

## BANK ACCOUNT ACTIVITY / PUBLIX CREDIT UNION

5. On or about June 5, 2009, WILLIS opened account 27494500 at Publix Credit Union. WILLIS was the only signatory on this account.

    a. On or about September 24, 2011, the IRS received a 2010 tax return in the name of Shavon P. directing a tax refund of $1,296 be paid to Publix Credit Union account 27494500.

        i. On or about October 7, 2011, a refund in the amount of $1,296 for Shavon P. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

    b. On or about October 12, 2011, the IRS received a 2010 tax return in the name of Dexter S. directing a tax refund of $1,256 be paid to Publix Credit Union account 27494500.

        i. On or about October 21, 2011, a refund in the amount of $1,256 for Dexter S. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

        ii. On November 21, 2013, I interviewed Dexter S. He did not know WILLIS and did not give anyone permission to file a 2010 tax return in his name.

c. On or about October 19, 2011, the IRS received a 2010 tax return in the name of Daquan B. directing a tax refund of $1,265 be paid to Publix Credit Union account 27494500.

   i. On or about October 28, 2011, a refund in the amount of $1,265 for Daquan B. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

d. On or about February 4, 2012, the IRS received a 2011 tax return in the name of Trevon B. directing a tax refund of $1,277 be paid to Publix Credit Union account 27494500.

   i. On or about February 28, 2012, a refund in the amount of $1,277 for Trevon B. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

e. On or about February 4, 2012, the IRS received a 2011 tax return in the name of Daquan B. directing a tax refund of $1,268 be paid to account Publix Credit Union 27494500.

   i. On or about February 28, 2012, the refund in the amount of $1,268 for Daquan B. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

f. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Nick F. directing a tax refund of $1,274 be paid to account Publix Credit Union 27494500.

   i. On or about May 2, 2012, the refund for Nick F. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

g. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Larry B. directing a tax refund of $1,668 be paid to Publix Credit Union account 27494500. This refund was not paid by the IRS.

h. On or about April 15, 2012, the IRS received a 2011 tax return in the name of Leonard P. directing a tax refund of $1,867 be paid to Publix Credit Union account 27494500.

   i. On or about April 30, 2012, the refund for Leonard P. was electronically deposited to Publix Credit Union account 27494500. The deposit entry in the account statement was labeled "Deposit ACH TAX REF."

## SUNTRUST BANK

6. On or about October 27, 2010, WILLIS opened account 1000109947266 at SunTrust Bank. WILLIS was the only signatory on this account.

   a. On or about January 20, 2011, the IRS received a 2010 tax return in the name of Shantrill L. directing a tax refund of $5,022 be paid to SunTrust Bank account 1000109947266.

      i. On or about January 28, 2011, a refund in the amount of $5,022 for Shantrill L. was electronically deposited to SunTrust Bank account

5

1000109947266. Per the monthly activity statement, the deposit entry was labeled "ELECTRONIC/ACH CREDIT US TREASURY 220 TAX REFUND."

b. On or about September 24, 2011, the IRS received a 2010 tax return in the name of Javarris J. directing a tax refund of $1,268 be paid to SunTrust Bank account 1000109947266.

   i. On or about October 7, 2011, a refund in the amount of $1,268 for Javarris J. was electronically deposited to SunTrust Bank account 1000109947266. Per the monthly activity statement, the deposit entry was labeled "ELECTRONIC/ACH CREDIT US TREASURY 312 TAX REFUND."

c. On or about October 13, 2011, the IRS received a 2010 tax return in the name of Larreisha M. directing a tax refund of $1,297 be paid to SunTrust Bank account 1000109947266.

   i. On or about October 28, 2011, a refund in the amount of $1,297 for Larreisha M. was electronically deposited to SunTrust Bank account 1000109947266. Per the monthly activity statement, the deposit entry was labeled "ELECTRONIC/ACH CREDIT US TREASURY 312 TAX REFUND."

   ii. On November 21, 2013, I interviewed Larreisha M. She did not know WILLIS and did not give anyone permission to file a 2011 tax return in her name.

d. On or about February 4, 2012, the IRS received a 2011 tax return in the name of Jellissa B. directing a tax refund of $1,204 be paid to SunTrust Bank account 1000109947266.

   i. On or about February 22, 2012, a refund in the amount of $1,204 for Jellissa B. was electronically deposited to SunTrust Bank account 1000109947266. Per the monthly activity statement, the deposit entry was labeled "ELECTRONIC/ACH CREDIT US TREASURY 312 TAX REFUND."

e. On or about February 4, 2012, the IRS received a 2011 tax return in the name of Shantrill L. directing a tax refund of $1,153 be paid to SunTrust Bank account 1000109947266.

   i. On or about February 22, 2012, a refund in the amount of $1,153 for Shantrill L. was electronically deposited to SunTrust Bank account 1000109947266. Per the monthly activity statement, the deposit entry was labeled "ELECTRONIC/ACH CREDIT US TREASURY 312 TAX REFUND."

f. On or about April 1, 2012, the IRS received a 2011 tax return in the name of Robert J. directing a tax refund of $4,062 be paid to SunTrust Bank account 1000109947266.

   i. On or about April 11, 2012, a partial refund in the amount of $968 for Robert J. was electronically deposited to SunTrust Bank account 1000109947266. Per the monthly activity statement, the deposit entry was

labeled "ELECTRONIC/ACH CREDIT US TREASURY 312 TAX REFUND."

**<u>WELLS FARGO BANK</u>**

7. On or about December 5, 2011, WILLIS opened account 1406839322 at Wells Fargo Bank. WILLIS was the only signatory on this account.

   a. On or about January 19, 2012, the IRS received a 2011 tax return in the name of Kimberly B. directing a tax refund of $7,249 be paid to Wells Fargo Bank account 1406739322.

      i. On or about February 15, 2012, a partial refund in the amount of $2,260.85 for Kimberly B. was electronically deposited to Wells Fargo Bank account 1406839322. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref 021512 B., Kimberly."

      ii. On November 21, 2013, I interviewed Kimberly B. She did not know WILLIS and did not give anyone permission to file a tax return for her for 2011.

   b. On or about February 4, 2012, the IRS received a 2011 tax return in the name of Roneshia M. directing a tax refund of $1,288 be paid to Wells Fargo Bank account 1406739322. This refund was not paid by the IRS.

   c. On or about March 25, 2012, the IRS received a 2011 tax return in the name of Roger S. directing a tax refund of $3,914 be paid to Wells Fargo Bank account 1406739322. This refund was not paid by the IRS.

  d. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Wendell J. directing a tax refund of $1,614 be paid to Wells Fargo Bank account 1406739322.

    i. On or about April 30, 2012, a refund in the amount of $1,614 for Wenzel J. was electronically deposited to Wells Fargo Bank account 1406839322. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref 043012 J., Wenzel."

  e. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Anita P. directing a tax refund of $1,245 be paid to Wells Fargo Bank account 1406739322.

    i. On or about April 25, 2012, a refund in the amount of $1,245 for Anita P. was electronically deposited to Wells Fargo Bank account 1406839322. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref 042512 P., Anita."

## CHASE BANK

8. On January 6, 2012, WILLIS opened account 428479450 at Chase Bank. WILLIS was the only signatory on this account.

  a. On or about March 24, 2012, the IRS received a 2011 tax return in the name of John R. directing a tax refund of $4,130 be paid to account 428479450.

    i. On or about April 4, 2012, the partial refund for John R., in the amount of $1,036, was electronically deposited to account 428479450. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref."

9

      ii. On or about December 5, 2012, the partial refund for John R., in the amount of $462.57, was electronically deposited to account 428479450. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref."

      iii. On November 13, 2013, I interviewed John R. He did not know WILLIS and did not give anyone permission to file a 2011 tax return in his name.

b. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Ernest T. directing a tax refund of $1,288 be paid to account 428479450.

      i. On or about April 23, 2012, the refund for Ernest T. was electronically deposited to account 428479450. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref."

c. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Ivanhoe W. directing a tax refund of $1,239 be paid to account 428479450.

      i. On or about April 23, 2012, the refund for Ivanhoe W. was electronically deposited to account 428479450. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref."

d. On or about May 20, 2012, the IRS received a 2011 tax return in the name of Michael M. directing a tax refund of $2,156 be paid to account 428479450. This refund was not paid by the IRS.

e. On or about March 25, 2013, the IRS received a 2012 tax return in the name of Leon C. directing a tax refund of $1,952 be paid to account 428479450. This refund was not paid by the IRS.

## **REGIONS BANK**

9. On or about April 12, 2012, WILLIS opened account 159937920 at Regions Bank. WILLIS was the only signatory on this account.

   a. On or about April 14, 2012, the IRS received a 2011 tax return in the name of Amelia M. directing a tax refund of $1,327 be paid to Regions Bank account 159937920.

      i. On or about April 25, 2012, a refund in the amount of $1,327 for Amelia M. was electronically deposited to Regions Bank account 159937920. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref M. Ameli."

      ii. On November 21, 2013, I interviewed Amelia M. She did not know WILLIS and did not give anyone permission to file a 2011 tax return in her name.

   b. On or about May 16, 2012, the IRS received a 2011 tax return in the name of Rena F. directing a tax refund of $1,665 be paid to Regions Bank account 159937920. This refund was not paid by the IRS.

   c. On or about May 16, 2012, the IRS received a 2011 tax return in the name of Samuel T. directing a tax refund of $1,327 be paid to Regions Bank account 159937920. This refund was not paid by the IRS.

   d. On or about May 16, 2012, the IRS received a 2011 tax return in the name of Latasha W. directing a tax refund of $1,685 be paid to Regions Bank account 159937920. This refund was not paid by the IRS.

e. On or about June 2, 2012, the IRS received a 2011 tax return in the name of Dominic L. directing a tax refund of $1,142 be paid to Regions Bank account 159937920.

  i. On or about June 20, 2012, a refund in the amount of $1,142 for Dominic L. was electronically deposited to Regions Bank account 159937920. The deposit entry in the account statement was labeled "US Treasury 312 Tax Ref L, Dominic."

## INTERVIEWS WITH WILLIS

10. On October 4, 2013, I interviewed WILLIS in regards to IRS tax refunds being deposited into bank accounts she controlled at Chase Bank and Publix Credit Union.

    a. WILLIS stated that she was familiar with deposits being made into her bank accounts, but that they were "payday loans" and not tax refunds.

    b. She received the payday loans through Latonia Verdell. Verdell was an acquaintance who had the ability to obtain large payday loans for other people.

    c. In exchange for the payday loans, upon receipt of the funds in her bank account, she had to give Verdell half of the proceeds in cash.

    d. During the interview, WILLIS indicated that after she obtained the payday loans, the lending institutions withdrew the loan payments from her accounts. I reviewed her bank statements with her, and WILLIS could not locate any withdrawals that reflected a payday loan repayment.

    e. At the time of this interview, I was not familiar with refunds being deposited into other bank accounts controlled by WILLIS at Regions Bank, SunTrust Bank and Wells Fargo Bank. WILLIS did not mention these other bank accounts during the

12

interview. WILLIS indicated that she received around eight (8) payday loans through Verdell, significantly less than the 21 tax refunds she received into her accounts identified in this affidavit.

11. On May 11, 2015, I conducted a follow-up interview with Willis. During this interview, Willis indicated she would like to cooperate with the investigation. Willis indicated as follows:

   a. Verdell originally approached her at her mother's home and asked if she wanted to make some money. Verdell told her that she and her partner, Kelli McIntosh, had bank accounts which could not receive any more tax refunds. Verdell offered her a chance to make money by accepting the refunds and giving Verdell the money.

   b. Verdell asked Willis to give her all of her bank account information. Verdell also directed Willis to open accounts at additional banks.

   c. She often gave Verdell her bank account ATM cards so that Verdell could access them.

   d. Verdell picked her up on several occasions and drove Willis to her various banks or credit union. During these trips, Willis went into her bank, withdrew significant sums of cash and then gave the cash to Verdell.

   e. Verdell called her on several occasions and directed her to withdraw funds from the ATM which she then gave to Verdell.

   f. In exchange for allowing Verdell to utilize her bank accounts, she received cash from Verdell.

13

## CONCLUSION

12. Based upon the evidence described above, there is probable cause to believe that STARLING WILLIS did knowingly accept stolen identity federal tax refunds into bank accounts she controlled, in violation of 18 U.S.C. §§ 641 and 1028A(a)(1).

**FURTHER AFFIANT SAYETH NAUGHT**

Andrew Schmit
United States Department of Treasury
Internal Revenue Service, Criminal Investigation

Sworn to and subscribed before me,
in West Palm Beach, Florida
this 10th day of June, 2015.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

14