UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case 15-80119-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

STARLING WILLIS,

    Defendant.
_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF PROBATION

It appearing to the Court that on January 28, 2016 in the United States District Court for the Southern District of Florida the defendant having been sentenced to a term of THIRTY-THREE (33) MONTHS incarceration and THREE (3) YEARS Supervised Release PROBATION. The defendant having now been duly brought before this court for hearing upon petition of the Probation Officer for revocation, and it further appearing that said defendant has violated the conditions of his Supervised Release, it is therefore

ORDERED AND ADJUDGED that the defendant's Probation is REVOKED and REINSTATED. It is further

ORDERED and ADJUDGED that the defendant shall pay restitution in the amount of $250.00 per month until such time that the Probation Office, which shall monitor defendant's financial status, reports to the Court any changes.

DONE and ORDERED in chambers at the United States Courthouse, Miami, Florida, this __9__ day December, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Counsel of Record